IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01661-AP

Jason Spurlock,

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Joseph A. Whitcomb
Rocky Mountain Disability Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
(303) 534-1954
(303) 534-1949
joe@RMDLG.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea

Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. **Date Complaint Was Filed:** June 25, 2013

B. **Date Complaint Was Served on U.S. Attorney's Office:** November 6, 2013

C. **Date Answer and Administrative Record Were Filed:** January 6, 2014

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that, to the best of their knowledge, the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate any additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not appear to raise unusual claims or defenses.

## 7. OTHER MATTERS

The parties are not aware of any other matters.

## 8. BRIEFING SCHEDULE

A. **Plaintiff's Opening Brief Due:** March 13, 2014
B. **Defendant's Response Brief Due**: April 14, 2014
C. **Plaintiff's Reply Brief (If Any) Due:** April 30, 2014

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

      **A.**     **Plaintiff's Statement:** Plaintiff does not request oral argument.

      **B.**     **Defendant's Statement:** Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

                  ***Indicate below the parties' consent choice.***

      **A.**     **(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**     **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.***

      DATED this 27th day of January 2014.

                            BY THE COURT:

                            ***s/John L. Kane***
                            U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ *Joseph Whitcomb*                                    **By:** s/ *Alexess D. Rea*

Joseph A. Whitcomb                                      Alexess D. Rea
Rocky Mountain Disability Group          Special Assistant U.S. Attorney
1391 Speer, Suite 705                              1961 Stout St., Suite 4169
Denver, CO 80204                                    Denver, CO 80294-4003
(303) 534-1958                                          (303) 844-7101
(303) 534-1949 (facsimile)                    (303) 844-0770 (facsimile)
joe@RMDLG.com                                   alexess.rea@ssa.gov

Attorney for Plaintiff                               Attorneys for Defendant